BAINS LEGAL, PC
Pauldeep Bains, SBN: 268004
180 Promenade Circle, Suite 300
Sacramento, CA 95834
Tel: 916-800-7690
pbains@norcalbkattorney.com

Attorneys for Debtor(s)
DANIEL & VICKI JACOBS

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO AND MODESTO DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Case No.: 18-26044 |
| DANIEL JACOBS, | ) | Chapter: 13 |
| VICKI JACOBS, | ) | Judge: Honorable Michael McManus |
| | ) | |
| Debtor(s) | ) | |

### ORDER CONFIRMING PLAN

The Chapter 13 plan filed on 09/25/2018 of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan filed on 09/25/2018 is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtor(s) shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor(s) address;

2. The debtor(s) shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor(s); and

3. The debtor(s) shall appear in court whenever notified to do so by the court.

RECEIVED
November 14, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006394176

Filed 11/15/18     Case 18-26044     Doc 22

    **IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount of $4,000.00 are approved, $0.00 of which was paid prior to filing of the petition. The balance of $4,000.00, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments specified in the confirmed plan.

    **IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. § 1323, the plan is amended as follows:

    **NONE**

_____
Approved by the Chapter 13 Trustee as to form
**Jan Johnson**, Chapter 13 Trustee

Dated: November 15, 2018      By the Court:

_____
Michael S. McManus
United States Bankruptcy Judge